## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 3rd day of August, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

Mr. James P. Russo
*BBF Printing Solutions, Inc.*
102 West Pineloch Street, Suite 10
Orlando, FL 32806

*BBF Printing Solutions, Inc.*
P.O. Box 91750
Orlando, FL 32891

Mary E. Augustine (No. 4477)

617338v1